Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−16051−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Timothy L Dixon  
aka Timothy Lynn Dixon  
450 Almond Road  
Pittsgrove, NJ 08318  

Tammy J Dixon  
aka Tammy Joy Dixon  
450 Almond Road  
Pittsgrove, NJ 08318  

Social Security No.:
  xxx−xx−5569                                                xxx−xx−2950

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 13, 2022.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 13, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 22-16051-ABA
Timothy L Dixon    Chapter 13
Tammy J Dixon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Dec 13, 2022    Form ID: 148    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy L Dixon, Tammy J Dixon, 450 Almond Road, Pittsgrove, NJ 08318-4069 |
| aty | + | Dennis M. Abrams, 555 City Line Ave, Suite 500, Bala Cynwyd, PA 19004-1146 |
| aty | + | Phillip Raymond, McCalla Raymer Leibert Pierce LLC, 485F U.S. Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| cr | + | Wilmington Savings Fund Society, FSB, as Owner Tru, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 519671607 | + | Fay Servicing, PO Box 220720, Chicago, IL 60622-0720 |
| 519714606 | + | Residential Credit Opportunities Trust VII-B, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 519714607 | + | Residential Credit Opportunities Trust VII-B, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 32809, Residential Credit Opportunities Trust V co FCI Lender Services Inc 92809-0112 |
| 519728611 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 519671614 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 519671616 | + | Timothy N. Dixon, 450 Almond Rd, Pittsgove, NJ 08318-4069 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 13 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 13 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 13 2022 20:40:00 | Carrington Mortgage Services, LLC as Servicer for, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519671606 | + | EDI: CCS.COM | Dec 14 2022 01:43:00 | CCS COLLECTIONS, 725 CANTON STREET, c/o Liberty Mutual In Co, Norwood, MA 02062-2679 |
| 519671605 | + | EDI: CAPONEAUTO.COM | Dec 14 2022 01:43:00 | Capital One Auto Finance, PO BOX 60511, City of Industry, CA 91716-0511 |
| 519675498 | + | EDI: AISACG.COM | Dec 14 2022 01:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519697561 | + | EDI: AISACG.COM | Dec 14 2022 01:43:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519730633 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 13 2022 20:40:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519671608 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 13 2022 20:40:00 | Fortiva/TBOM, 5 CONCOURSE PARKWAY SUITE 400, Atlanta, GA 30328-9114 |
| 519671611 | | EDI: IRS.COM | Dec 14 2022 01:43:00 | Internal Revenue Service, P.O. Box 744, Special |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: 148 | Total Noticed: 26 |

| Recip ID | Bypass Reason | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Procedure Branch, Springfield, NJ 07081 |
| 519671612 | | ^ MEBN | Dec 13 2022 20:39:23 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519684784 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2022 20:41:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 519671613 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2022 20:41:00 | Santander Consumer USA, 8585 N STEMMONS FWY STE 1100-N, Dallas, TX 75247-3822 |
| 519671615 | + | EDI: PRATHEBUR | Dec 14 2022 01:43:00 | The Bureaus, 650 Dundee Rd Suite 370, c/o Comenity Capital Bank, Northbrook, IL 60062-2757 |
| 519693450 | | ^ MEBN | Dec 13 2022 20:39:04 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519729573 | + | EDI: AIS.COM | Dec 14 2022 01:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519671609 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519671610 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2022           Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Angela Catherine Pattison | on behalf of Creditor Carrington Mortgage Services LLC as Servicer for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Isabel C. Balboa | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 13, 2022 | Form ID: 148 | Total Noticed: 26 |

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Seymour Wasserstrum
    on behalf of Debtor Timothy L Dixon mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
    on behalf of Joint Debtor Tammy J Dixon mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9